JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

MUZAKET SABAN,

    Petitioner,

v.

ERYN HARDWICK,

    Respondent.

CASE NO. 8:16-CV-00144-JLS-DFMx

**FINAL JUDGMENT**

On March 21, 2016, the Court denied Plaintiff Muzaket Saban's Petition for Return of Child to Austria pursuant to the Hague Convention on the Civil Aspects of International Child Abduction. (Order, Doc. 28.) It is therefore ORDERED that judgment is entered in favor of Respondent Eryn Hardwick.

Dated: April 07, 2016

_____

THE HON. JOSEPHINE L. STATON

United States District Judge